UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL DENARD-DARNELL,<br><br>    Plaintiff,<br><br>v.<br><br>HECTOR ALFONSO RIOS, JR.,<br><br>    Defendant.<br>_____/ | Case No. 1:11-cv-00717-MJS (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE BY JUNE 22, 2011 |

  Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971).   Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

  Accordingly, IT IS HEREBY ORDERED that:

  1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

  2.  Not later than **June 22, 2011**, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action.  **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: May 8, 2011        /s/ *Michael J. Seng*
                   UNITED STATES MAGISTRATE JUDGE