# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL DENARD-DARNELL,<br><br>        Plaintiff,<br><br>  v.<br><br>HECTOR RIOS, et al.,<br><br>        Defendants.<br>_____/ | 1:11-cv-00717-AWI-GSA-PC<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION BE DISMISSED, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED (Doc. 1.)<br><br>OBJECTIONS, IF ANY, DUE IN THIRTY DAYS |

      Neal Denard-Darnell ("Plaintiff"), a former Kern County jail inmate proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983[1] on October 8, 2010. (Doc. 1.)  On September 13, 2012, the Court dismissed Plaintiff's Complaint for failure to state a claim, with leave to amend within thirty days. (Doc. 13.) 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). To date, Plaintiff has not complied with or otherwise responded to the Court's order.[2]  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

---

[1] In addition to 42 U.S.C. § 1983, Plaintiff brings this action under numerous statutes, primarily provisions of Title 18 of the U.S. Code.  Where, as here, federal statutes contain provisions for criminal penalties, citizen suits, judicial review, or even administrative proceedings alone, the Supreme Court has found the remedial scheme sufficiently comprehensive to foreclose an independent § 1983 cause of action.  See City of Rancho Palos Verdes v.Abrams, 544 U.S. 113, 121-22 (2005); see also Buckley v. City of Redding, 66 F.3d 188, 191-92 (9th Cir. 1995). Plaintiff's claim to criminal relief under federal criminal statutes does not state a cognizable § 1983 claim.

[2] The United States Postal Service returned the order on September 20, 2012 as undeliverable.  A notation on the envelope indicates that Plaintiff is not in custody. However, Plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 182(f).

Accordingly, IT IS HEREBY RECOMMENDED that pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action be DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983, and that this dismissal be subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g). Silva v. Vittorio, 658 F.3d 1090, 1098 (9th Cir. 2011).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within thirty days after being served with these findings and recommendations, Plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   October 25, 2012         /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE